In the Matter of BEARDSLEY REALTY COMPANY, INC., Appellant, *v.* WILLIAM E. WALSH et al., Constituting the BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, Respondents.

(Submitted October 25, 1929; decided November 19, 1929.)

*Louis L. Lavine* and *Ralph D. Elmer* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (Willard S. Allen* and *J. Joseph Lilly* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.